# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN RE: APPEAL OF BRANDYWINE HOSPITAL, LLC FROM THE DECISION OF THE CHESTER COUNTY BOARD OF ASSESSMENT APPEALS FOR PROPERTY LOCATED AT 213 REECEVILLE ROAD, CALN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA<br><br><br>PETITION OF: BRANDYWINE HOSPITAL, LLC | : No. 258 MAL 2023<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>: |
| IN RE: APPEAL OF BRANDYWINE HOSPITAL, LLC FROM THE DECISION OF THE CHESTER COUNTY BOARD OF ASSESSMENT APPEALS FOR PROPERTY LOCATED AT 213 REECEVILLE ROAD, CALN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA<br><br><br>PETITION OF: BRANDYWINE HOSPITAL, LLC | : No. 259 MAL 2023<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>: |
| IN RE: APPEAL OF BRANDYWINE HOSPITAL, LLC FROM THE DECISION OF THE CHESTER COUNTY BOARD OF ASSESSMENT APPEALS FOR PROPERTY LOCATED AT 213 REECEVILLE ROAD, CALN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA<br><br><br>PETITION OF: BRANDYWINE HOSPITAL, LLC | : No. 260 MAL 2023<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>:<br>:<br>:<br>: |
| IN RE: APPEAL OF BRANDYWINE HOSPITAL, LLC FROM THE DECISION OF THE CHESTER COUNTY BOARD OF ASSESSMENT APPEALS FOR PROPERTY LOCATED AT 213 | : No. 261 MAL 2023<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court |

REECEVILLE ROAD, CALN TOWNSHIP,  :
CHESTER COUNTY, PENNSYLVANIA  :
  :
  :
  :
PETITION OF:  BRANDYWINE HOSPITAL,  :
LLC

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2023, the Petition for Allowance of Appeal and the Application for Leave to File Amicus Brief are **DENIED**.